IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADFORD JOHNSON, | : | CIVIL ACTION NO. **1:CV-00-0675** |
| Plaintiff | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Blewitt) |
| JOSE RODRIQUEZ, et al., | : | |
| Defendants | : | |

**ORDER**

FILED
SCRANTON
APR 2 5 2000
PER _____
DEPUTY CLERK

**Background.**

On April 12, 2000, Plaintiff filed the captioned complaint pursuant to 42 U.S.C. § 1983. He also filed an application to proceed <u>in forma pauperis</u> and a certified statement of his prison trust fund account. Plaintiff did not, however, utilize this court's form application to proceed <u>in forma pauperis</u> or file an authorization form to have funds deducted from his prison trust fund account. Consequently, he will be directed to do so.

**AND NOW**, this 25TH day of **April, 2000, IT IS HEREBY ORDERED THAT** Plaintiff shall complete fully and return to the court the attached application to proceed <u>in forma pauperis</u> and authorization form within **ten (10) days** of the date of this order or the complaint will be dismissed without prejudice.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: April 25, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRADFORD JOHNSON
_____

_____

_____

**Name of Plaintiff(s)**

v.

JOSE RODRIQUEZ, et al.
_____

_____

_____

**Name of Defendant(s)**

1:CV 00-0675
**Civil Case No.**

Judge Rambo
**Judge**
        Magistrate Judge Blewitt

(Number and Judge to be
assigned by court)

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. \_\_\_\_\_   I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. \_\_\_\_\_   I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes \_\_\_\_\_   No \_\_\_\_\_

   (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
   Yes \_\_\_\_\_   No \_\_\_\_\_

    (b)   Please explain in detail why you are under imminent danger of serious physical injury:

_____

_____

_____

4.   (a)   Are you presently employed at the Institution?  Yes ____  No ____

    (b)   If yes, what is your monthly compensation?  $_____

5.   Do you own any cash or other property; have a bank account; or receive money from any source?  Yes ____  No ____

If the answer is "yes" to any of the above, describe each source and the amount involved.

_____

_____

_____

_____


I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____        _____
                (Date)                         (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

# AUTHORIZATION
(Prisoner's Account Only)

Case No. 1:CV-00-0675

> **NOTE:** Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, _____BRADFORD JOHNSON_____, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 19____

_____
Signature of Prisoner

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 25, 2000

Re:  1:00-cv-00675   Johnson v. Rodriquez

True and correct copies of the attached were mailed by the clerk to the following:

Bradford Johnson
SCI-R
SCI at Rockview
DP-2967
P.O. Box A
Bellefonte, PA  16823

cc:
Judge                           ( )
Magistrate Judge                ( )
U.S. Marshal                    ( )
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen    ( )   PA Atty Gen  ( )
                                         DA of County   ( )   Respondents  ( )
Bankruptcy Court                ( )
Other_____     ( )

MARY E. D'ANDREA, Clerk

DATE: _____4/25/00_____                        BY: _____
                                                    Deputy Clerk