⑤
5-4-00
SC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRADFORD JOHNSON

_____

_____

_____

**Name of Plaintiff(s)**

v.

JOSE RODRIQUEZ, et al.

_____

_____

_____

**Name of Defendant(s)**

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

1:CV 00-0675
**Civil Case No.**

Judge Rambo
**Judge**
    Magistrate Judge Blewitt

(Number and Judge to be
assigned by court)

FILED
HARRISBURG. PA

MAY 0 3 2000

MARY E. D'ANDREA. CLERK
Per_____
        Deputy Clerk

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1.  ✓  I am willing to pursue my claims in this action under the new
       provisions of The Prison Litigation Reform Act, understanding
       that pursuing my claim requires payment of a partial filing fee
       and deduction of sums from my prison account when funds exist
       until the filing fee of $150.00 has been paid in full.

2.  ✓  I have enclosed an executed Authorization form which authorizes
       the Institution holding me in custody to transmit to the Clerk
       a certified copy of my trust account for the past six (6)
       months as well as payments from the account in the amounts
       specified by 28 U.S.C. §1915(b).

3.  Have you, prior to the filing of the complaint in this action and while
    a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or
    more actions or appeals in a court of the United States that were
    dismissed as frivolous, malicious, or for failure to state a claim upon
    which relief may be granted?   Yes _____   No  X

    (a)  If the answer is "yes," are you now seeking relief because you
         are under imminent danger of serious physical injury?
         Yes _____   No _____

.(b)  **Please explain in detail why you are under imminent danger of serious physical injury:**

_____

_____

_____

4.  (a)  **Are you presently employed at the Institution?  Yes ____   No _X_**

    (b)  **If yes, what is your monthly compensation?  $_____**

5.  **Do you own any cash or other property; have a bank account; or receive money from any source?  Yes _X_  No _____**

    **If the answer is "yes" to any of the above, describe each source and the amount involved.**

    _I have a savings account at Omega Bank_
    _the amount in my account is $25.00_
    _account # 015-380005_
    _Omega Bank - P.O. Box 298 State College, Pa. 16804-0298_

**I certify under penalty of perjury that the foregoing is true and correct.**

**Executed on _____     _____**
                    (Date)                         (Signature of Plaintiff)

**This certification is executed pursuant to Title 28, United States Code, Section 1746.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRADFORD JOHNSON,                    :        CIVIL ACTION NO. **1:CV-00-0675**

      Plaintiff                          :        (Judge Rambo)

      v.                                 :        (Magistrate Judge Blewitt)

JOSE RODRIQUEZ, et al.,              :

      Defendants                         :

FILED
SCRANTON

APR 2 5 2000

PER _____
DEPUTY CLERK

### ORDER

**Background.**

    On April 12, 2000, Plaintiff filed the captioned complaint pursuant to 42 U.S.C. § 1983. He also filed an application to proceed in forma pauperis and a certified statement of his prison trust fund account. Plaintiff did not, however, utilize this court's form application to proceed in forma pauperis or file an authorization form to have funds deducted from his prison trust fund account. Consequently, he will be directed to do so.

    **AND NOW,** this 25th day of **April, 2000, IT IS HEREBY ORDERED THAT** Plaintiff shall complete fully and return to the court the attached application to proceed in forma pauperis and authorization form within **ten (10) days** of the date of this order or the complaint will be dismissed without prejudice.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: April 25, 2000