# AUTHORIZATION
### (Prisoner's Account Only)



Case No. 1:CV-00-0675 _____

> NOTE:  Completing this authorization form satisfies your obligation under 28 U.S.C.
> § 1915(a)(2) to submit a certified copy of your trust fund account

FILED
HARRISBURG, P

MAY 0 3 2000

MARY E. D'ANDREA, CLER
Per _____

I, _____ BRADFORD JOHNSON _____, request and authorize the agency holding me in

custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania,

a certified copy of the statement for the past six months of my trust fund account (or institutional

equivalent) at the institution where I am incarcerated.   I further request and authorize the agency holding

me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the

amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that

the filing fee for the complaint is $150.00.  I also understand that the entire filing fee will be deducted from

my account regardless of the outcome of my civil action.   This authorization shall apply to any other

agency into whose custody I may be transferred.

Date: *May 1, 2000*  ____

*Bradford Johnson*
Signature of Prisoner

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM        RUN    IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING       DATE   4/28/2000
REMOTE PRINT TIME  9:03            FROM PURGE FILE           PAGE        1
```

| INMATE | NAME | | | |
|--------|------|---|---|---|
| NUMBER | LAST | FIRST | MI | STARTING BALANCE |
| DP2967 | JOHNSON | BRADFORD | | 285.39 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 9910 | 10-04-1999 | 34 | RADIO/TV | | | |
| | | | BASIC CABLE TV AND HBO | | -10.85 | 274.54 |
| 8278 | 10-05-1999 | 32 | ROC COMMISSARY | | | |
| | | | FOR 10/05/1999 | | -39.95 | 234.59 |
| 6506 | 10-06-1999 | 37 | POSTAGE | | | |
| | | | OCTOBER | | -.77 | 233.82 |
| 6541 | 10-12-1999 | 14 | MISCELLANEOUS | | | |
| | | | OMEGA BANK | #E609333 | 237.00 | 470.82 |
| 8285 | 10-12-1999 | 32 | ROC COMMISSARY | | | |
| | | | FOR 10/12/1999 | | -43.99 | 426.83 |
| 6571 | 10-14-1999 | 44 | ORGANIZATIONAL | | | |
| | | | LIFER'S PHOTO TICKET | | -5.00 | 421.83 |
| 6580 | 10-15-1999 | 36 | PRINTED MATERIALS | | | |
| | | | HALALCO BOOKS | | -21.45 | 400.38 |
| 6595 | 10-19-1999 | 37 | POSTAGE | | | |
| | | | OCTOBER | | -1.54 | 398.84 |
| 8292 | 10-19-1999 | 32 | ROC COMMISSARY | | | |
| | | | FOR 10/19/1999 | | -34.20 | 364.64 |
| 6615 | 10-21-1999 | 37 | POSTAGE | | | |
| | | | OCTOBER | | -.77 | 363.87 |
| 6620 | 10-22-1999 | 13 | PERSONAL GIFT FROM | | | |
| | | | FELICIANO, R | #E612133 | 50.00 | 413.87 |
| 6621 | 10-22-1999 | 14 | MISCELLANEOUS | | | |
| | | | OMEGA BANK | #E612134 | 50.00 | 463.87 |
| 6637 | 10-25-1999 | 36 | PRINTED MATERIALS | | | |
| | | | TCI GUIDE - NOVEMBER | | -.50 | 463.37 |
| 8299 | 10-26-1999 | 32 | ROC COMMISSARY | | | |
| | | | FOR 10/26/1999 | | -39.01 | 424.36 |
| 6664 | 10-28-1999 | 13 | PERSONAL GIFT FROM | | | |
| | | | RANDOLPH RICHARDSON | #451775 | 100.00 | 524.36 |
| 6693 | 11-01-1999 | 36 | PRINTED MATERIALS | | | |
| | | | AL BASHEER COMPANY | | -12.50 | 511.86 |
| 9911 | 11-01-1999 | 34 | RADIO/TV | | | |
| | | | BASIC CABLE TV AND HBO | | -10.85 | 501.01 |
| 6695 | 11-02-1999 | 37 | POSTAGE | | | |
| | | | NOVEMBER | | -2.20 | 498.81 |
| 8306 | 11-02-1999 | 32 | ROC COMMISSARY | | | |
| | | | FOR 11/02/1999 | | -37.89 | 460.92 |
| 6708 | 11-04-1999 | 37 | POSTAGE | | | |
| | | | NOVEMBER | | -3.42 | 457.50 |
| 6712 | 11-04-1999 | 36 | PRINTED MATERIALS | | | |
| | | | DARUS SALAM PUBLICATIONS | | -28.00 | 429.50 |
| 8313 | 11-09-1999 | 32 | ROC COMMISSARY | | | |
| | | | FOR 11/09/1999 | | -44.72 | 384.78 |

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN     IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE  4/28/2000
REMOTE PRINT TIME  9:03              FROM PURGE FILE             PAGE          2
```

| INMATE | NAME | | | |
|--------|------|--|--|--|
| NUMBER | LAST | | FIRST | MI |
| DP2967 | JOHNSON | | BRADFORD | |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---------|------------------|--|------------------------|--|--------------------|---------------------------|
| 8320 | 11-16-1999 | 32 | ROC COMMISSARY | | | |
| | | | FOR 11/16/1999 | | -35.00 | 349.78 |
| 8326 | 11-22-1999 | 32 | ROC COMMISSARY | | | |
| | | | FOR 11/22/1999 | | -30.82 | 318.96 |
| 6825 | 11-23-1999 | 37 | POSTAGE | | | |
| | | | NOVEMBER | | -5.18 | 313.78 |
| 6834 | 11-23-1999 | 31 | OUTSIDE PURCHASES | | | |
| | | | #7  BEEF, SAUSAGE & CHEESE | | -16.25 | 297.53 |
| 6844 | 11-26-1999 | 37 | POSTAGE | | | |
| | | | NOVEMBER | | -3.63 | 293.90 |
| 6849 | 11-29-1999 | 13 | PERSONAL GIFT FROM | | | |
| | | | MILLER, E | #E450947 | 100.00 | 393.90 |
| 6865 | 11-30-1999 | 36 | PRINTED MATERIALS | | | |
| | | | TCI GUIDE - DECEMBER | | -.50 | 393.40 |
| 8334 | 11-30-1999 | 32 | ROC COMMISSARY | | | |
| | | | FOR 11/30/1999 | | -20.79 | 372.61 |
| 9912 | 12-02-1999 | 34 | RADIO/TV | | | |
| | | | BASIC CABLE TV AND HBO | | -10.85 | 361.76 |
| 6895 | 12-03-1999 | 36 | PRINTED MATERIALS | | | |
| | | | DARUS SALAM U.S.A. | | -9.50 | 352.26 |
| 6910 | 12-07-1999 | 37 | POSTAGE | | | |
| | | | DECEMBER | | -.27 | 351.99 |
| 6950 | 12-13-1999 | 37 | POSTAGE | | | |
| | | | DECEMBER | | -1.07 | 350.92 |
| 8345 | 12-11-1999 | 32 | ROC COMMISSARY | | | |
| | | | FOR 12/13/1999 | | -48.69 | 302.23 |
| 6983 | 12-15-1999 | 36 | PRINTED MATERIALS | | | |
| | | | DENNIS SAUNDERS | | -12.00 | 290.23 |
| 6998 | 12-17-1999 | 37 | POSTAGE | | | |
| | | | DECEMBER | | -.67 | 289.56 |
| 8352 | 12-18-1999 | 32 | ROC COMMISSARY | | | |
| | | | FOR 12/20/1999 | | -16.84 | 272.72 |
| 7004 | 12-20-1999 | 14 | MISCELLANEOUS | | | |
| | | | UNKNOWN | #E370227 | 100.00 | 372.72 |
| 8361 | 12-27-1999 | 32 | ROC COMMISSARY | | | |
| | | | FOR 12/27/1999 | | -25.61 | 347.11 |
| 7042 | 12-24-1999 | 37 | POSTAGE | | | |
| | | | DECEMBER | | -.77 | 346.34 |
| 7054 | 12-28-1999 | 36 | PRINTED MATERIALS | | | |
| | | | JANUARY - CABLE GUIDE | | -.50 | 345.84 |
| 7063 | 12-29-1999 | 37 | POSTAGE | | | |
| | | | DECEMBER | | -1.54 | 344.30 |

```
                      BALANCE AFTER THESE TRANSACTIONS------>      344.30
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING        DATE  4/28/2000
REMOTE PRINT TIME  9:03             FROM ACTIVE FILE           PAGE          1
```

| INMATE | NAME | | | |
|--------|------|-------|----|------------------|
| NUMBER | LAST | FIRST | MI | STARTING BALANCE |
| DP2967 | JOHNSON | BRADFORD | | 344.30 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---------|-----------------|----|-------------------------|--------------------|---------------------------|
| 8004 | 01-04-2000 | 32 | ROC COMMISSARY FOR  1/04/2000 | -43.14 | 301.16 |
| 7110 | 01-05-2000 | 37 | POSTAGE JANUARY | -.77 | 300.39 |
| 7121 | 01-05-2000 | 36 | PRINTED MATERIALS DAR-US-SALAM | -57.00 | 243.39 |
| 7121 | 01-05-2000 | 36 | PRINTED MATERIALS DAR-US-SALAM | -12.60 | 230.79 |
| 9001 | 01-06-2000 | 34 | RADIO/TV BASIC CABLE TV AND HBO | -10.85 | 219.94 |
| 7154 | 01-10-2000 | 13 | PERSONAL GIFT FROM JOHNSON, B          #E449980 | 100.00 | 319.94 |
| 7167 | 01-11-2000 | 37 | POSTAGE JANUARY | -.77 | 319.17 |
| 8011 | 01-11-2000 | 32 | ROC COMMISSARY FOR  1/11/2000 | -17.75 | 301.42 |
| 8018 | 01-18-2000 | 32 | ROC COMMISSARY FOR  1/18/2000 | -18.63 | 282.79 |
| 7237 | 01-19-2000 | 42 | SAVINGS OMEGA BANK | -100.00 | 182.79 |
| 7253 | 01-21-2000 | 37 | POSTAGE JANUARY | -.77 | 182.02 |
| 7292 | 01-26-2000 | 36 | PRINTED MATERIALS TV GUIDE - FEB | -.50 | 181.52 |
| 7298 | 01-27-2000 | 37 | POSTAGE JANUARY | -.67 | 180.85 |
| 8029 | 01-29-2000 | 32 | ROC COMMISSARY FOR  1/31/2000 | -19.85 | 161.00 |
| 7318 | 01-31-2000 | 14 | MISCELLANEOUS OMEGA BANK          #E452319 | 35.00 | 196.00 |
| 7317 | 01-31-2000 | 13 | PERSONAL GIFT FROM FELECIANO, PALLITE     #E452348 | 50.00 | 246.00 |
| 9002 | 02-03-2000 | 34 | RADIO/TV BASIC CABLE TV AND HBO | -10.85 | 235.15 |
| 8036 | 02-05-2000 | 32 | ROC COMMISSARY FOR  2/05/2000 | -33.16 | 201.99 |
| 8036 | 02-05-2000 | 86 32 | ROC COMMISSARY CR FOR  2/05/2000 | 1.56 | 203.55 |
| 8043 | 02-12-2000 | 32 | ROC COMMISSARY FOR  2/14/2000 | -15.49 | 188.06 |
| 8050 | 02-19-2000 | 32 | ROC COMMISSARY FOR  2/22/2000 | -27.73 | 160.33 |
| 8057 | 02-26-2000 | 32 | ROC COMMISSARY FOR  2/28/2000 | -33.23 | 127.10 |

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM       RUN     IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING      DATE  4/28/2000
REMOTE PRINT TIME  9:03            FROM ACTIVE FILE          PAGE       2

          INMATE   NAME
          NUMBER   LAST            FIRST          MI
          DP2967   JOHNSON         BRADFORD
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 7512 | 02-28-2000 | 36 | PRINTED MATERIALS | | |
| | | | CABLE GUIDE-MARCH | -.50 | 126.60 |
| 7520 | 02-29-2000 | 37 | POSTAGE | | |
| | | | FEBRUARY | -5.36 | 121.24 |
| 7529 | 02-29-2000 | 36 | PRINTED MATERIALS | | |
| | | | AL JUMU AH | -3.50 | 117.74 |
| 7529 | 02-29-2000 | 36 | PRINTED MATERIALS | | |
| | | | DARUS SALAM PUBLICATIONS | -27.00 | 90.74 |
| 9003 | 03-02-2000 | 34 | RADIO/TV | | |
| | | | BASIC CABLE TV AND HBO | -10.85 | 79.89 |
| 8066 | 03-06-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  3/06/2000 | -15.06 | 64.83 |
| 7578 | 03-07-2000 | 37 | POSTAGE | | |
| | | | MARCH | -3.42 | 61.41 |
| 7590 | 03-08-2000 | 41 | MEDICAL | | |
| | | | CO-PAY (3/6) | -4.00 | 57.41 |
| 7601 | 03-08-2000 | 44 | ORGANIZATIONAL | | |
| | | | MUSLIM COMMUNITY DONATION | -2.50 | 54.91 |
| 7601 | 03-08-2000 | 44 | ORGANIZATIONAL | | |
| | | | MUSLIM COMMUNITY DONATION | -2.00 | 52.91 |
| 7609 | 03-10-2000 | 13 | PERSONAL GIFT FROM | | |
| | | | JOHNSON, DARETHA      #E605577 | 100.00 | 152.91 |
| 7619 | 03-13-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | WAGES   (FEBRUARY) | .50 | 153.41 |
| 8073 | 03-13-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  3/13/2000 | -25.52 | 127.89 |
| 7647 | 03-16-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | MISSED WAGES JUNE 99-FEB 00 | 133.20 | 261.09 |
| 7661 | 03-17-2000 | 36 | PRINTED MATERIALS | | |
| | | | HUDAA | -24.75 | 236.34 |
| 8080 | 03-20-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  3/20/2000 | -17.74 | 218.60 |
| 7707 | 03-24-2000 | 36 | PRINTED MATERIALS | | |
| | | | HUDAA | -37.75 | 180.85 |
| 7716 | 03-27-2000 | 36 | PRINTED MATERIALS | | |
| | | | CABLE GUIDE  (APRIL) | -.50 | 180.35 |
| 8088 | 03-28-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  3/28/2000 | -34.41 | 145.94 |
| 9004 | 04-03-2000 | 34 | RADIO/TV | | |
| | | | BASIC CABLE TV AND HBO | -10.85 | 135.09 |
| 8095 | 04-04-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  4/04/2000 | -44.87 | 90.22 |
| 7821 | 04-10-2000 | 37 | POSTAGE | | |
| | | | APRIL | -4.96 | 85.26 |

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM        RUN    IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING       DATE   4/28/2000
REMOTE PRINT TIME  9:03             FROM ACTIVE FILE         PAGE        3


      INMATE    NAME
      NUMBER    LAST              FIRST        MI
      DP2967    JOHNSON           BRADFORD
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 7844 | 04-12-2000 | 35 | DENTAL/GLASSES | | | |
| | | | EYEGLASS COST | | -4.50 | 80.76 |
| 8102 | 04-11-2000 | 32 | ROC COMMISSARY | | | |
| | | | FOR  4/14/2000 | | -30.25 | 50.51 |
| 7879 | 04-17-2000 | 10 | MAINTENANCE PAYROLL | | | |
| | | | WAGES    (MARCH) | | 1.44 | 51.95 |
| 8109 | 04-18-2000 | 32 | ROC COMMISSARY | | | |
| | | | FOR  4/18/2000 | | -25.56 | 26.39 |
| 7916 | 04-21-2000 | 37 | POSTAGE | | | |
| | | | APRIL | | -.55 | 25.84 |
| 7918 | 04-21-2000 | 13 | PERSONAL GIFT FROM | | | |
| | | | TAYLOR, SUE | #E596185 | 50.00 | 75.84 |
| 8116 | 04-25-2000 | 32 | ROC COMMISSARY | | | |
| | | | FOR  4/25/2000 | | -26.01 | 49.83 |
| 7955 | 04-26-2000 | 44 | ORGANIZATIONAL | | | |
| | | | MUSLIM COMMUNITY DONATIONS | | -1.50 | 48.33 |
| 7955 | 04-26-2000 | 44 | ORGANIZATIONAL | | | |
| | | | MUSLIM COMMUNITY DONATIONS | | -3.50 | 44.83 |
| 7958 | 04-26-2000 | 36 | PRINTED MATERIALS | | | |
| | | | CABLE GUIDE - MAY | | -.50 | 44.33 |
| 7962 | 04-27-2000 | 37 | POSTAGE | | | |
| | | | APRIL | | -3.08 | 41.25 |

```
               BALANCE AFTER THESE TRANSACTIONS------>      41.25
```

**STATE CORRECTIONAL INSTITUTION AT ROCKVIEW      BOX A      BELLEFONTE, PA  16823**

**APRIL 28, 2000**

*Earl E. Walker*

**DP-2967 Bradford Johnson**

**EARL E. WALKER, CLERICAL SUPERVISOR 2**
**INMATE ACCOUNTING**