Mr. Bradford Johnson DP-2967
Box A
Bellefonte, Pa. 16823-0820

United States District Court
Middle District of Penna.
P.O. Box 983
Harrisburg, Pa. 17108

Re: 1:00-CV-00675 Johnson v. Rodriguez
Judge: Sylvia H. Rambo

Dear Sir/Madam,

Please note, that there was no U.S. Marshal form 285 enclosed when I received the acknowledgement of receipt of the document I sent and there is "none" in this prisons library. Please advise me, because there are four individuals to be served or are the marshals going to serve them without me furnishing forms (285). Please respond!

Mr. Bradford Johnson DP-2967
Box A
Bellefonte, Pa. 16823-0820

forms mailed 5/5/0