IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADFORD JOHNSON, | : | CIVIL ACTION NO. **1:CV-00-0675** |
| Plaintiff | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Blewitt) |
| JOSE RODRIQUEZ, et al., | : | |
| Defendants | : | |

**FILED SCRANTON**
MAY 10 2000
PER _____ DEPUTY CLERK

### ORDER

AND NOW, this 10 day of **May, 2000, IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion for Leave to Proceed In Forma Pauperis **(Doc. 5)** is construed as a motion to proceed without full prepayment of fees and costs.

2. Said Motion is **GRANTED**.

3. The Clerk of Court is directed to serve Plaintiff's complaint (Doc. 1) in accordance with Rule 4 of the Federal Rules of Civil Procedure. The Defendants are requested to waive service pursuant to Rule 4(d) of the Federal Rules of Civil Procedure.[1]

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: May 10, 2000

---

1. The Marshal will send the form Notice of Lawsuit and Request for Waiver of Service of Summons to each defendant.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

May 10, 2000

Re:  1:00-cv-00675    Johnson v. Rodriquez


True and correct copies of the attached were mailed by the clerk
to the following:


Bradford Johnson
SCI-R
SCI at Rockview
DP-2967
P.O. Box A
Bellefonte, PA   16823



cc:
Judge                           ( )
Magistrate Judge                ( )
U.S. Marshal                    ( )
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  (X) with N/C attached to complt. and served by:
                                    U.S. Marshal (X)    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to: US Atty Gen   ( )   PA Atty Gen ( )
                                        DA of County  ( )   Respondents ( )
Bankruptcy Court                ( )
Other_____    ( )

MARY E. D'ANDREA, Clerk

DATE:   5/11/00                         BY:  _____
                                             Deputy Clerk