FILED
SCRANTON
MAY 11 2000

PER _____

COMMONWEALTH OF PENNSYLVANIA

AFFIDAVIT

:

COUNTY OF          Centre                    :  CIVIL ACTION NO.    1:00-CV-00675

I,    Francis M. Dougherty                          being duly sworn, depose and say:

J. RAMBO
MJ Blewitt

(1)    I am employed as <u>Business Manager</u>       at <u>SCI - Rockview</u>    .
       I have served in that capacity since  <u>December 22, 19 91</u> .

(2)    The plaintiff,    <u>Bradford Johnson</u>              Reg. No.    <u>DP-2967</u>
       is presently incarcerated at the said institution.

(3)    The following is a listing of assets at the said institution belonging to plaintiff:

 a. Prison account

| | | | |
|---|---|---|---|
| 1. | Present balance: | $ | 21.77 |
| 2. | Total amount of deposits during six months preceding the filing of the complaint: | $ | 570.14 |
| 3. | Average monthly balance: | $ | 206.59 |
| 4. | Average monthly deposits: | $ | 95.02 |

 b. Employment

| | | | |
|---|---|---|---|
| 1. | Institution employment: | $ | 135.14 |
| 2. | Average monthly deposits: | $ | 22.52 |

 c. Other resources:

  Personal Gifts, Bank

(4)    I have attached a true and correct copy of the record of the transactions of the prisoner's
       account which occurred within the six months preceding the filing of the complaint.

(5)    The above information set forth in this affidavit is true and correct to the best of my
       knowledge, information and belief.

_Francis M. Dougherty_

Francis M. Dougherty, Business Manager

# Bradford Johnson, DP-2967
## AVERAGE MONTHLY BALANCE

| DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE / 6 MONTH AVERAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/9/99 | $ 384.78 | 12/9/99 | $ 351.99 | 1/9/00 | $ 219.94 | 2/9/00 | $ 203.55 | 3/9/00 | $ 52.91 | 4/9/00 | $ 90.22 |
| 11/10/99 | $ 384.78 | 12/10/99 | $ 351.99 | 1/10/00 | $ 319.94 | 2/10/00 | $ 203.55 | 3/10/00 | $ 152.91 | 4/10/00 | $ 85.26 |
| 11/11/99 | $ 384.78 | 12/11/99 | $ 302.23 | 1/11/00 | $ 301.42 | 2/11/00 | $ 203.55 | 3/11/00 | $ 152.91 | 4/11/00 | $ 85.26 |
| 11/12/99 | $ 384.78 | 12/12/99 | $ 302.23 | 1/12/00 | $ 301.42 | 2/12/00 | $ 188.06 | 3/12/00 | $ 152.91 | 4/12/00 | $ 50.51 |
| 11/13/99 | $ 384.78 | 12/13/99 | $ 302.23 | 1/13/00 | $ 301.42 | 2/13/00 | $ 188.06 | 3/13/00 | $ 127.89 | 4/13/00 | $ 50.51 |
| 11/14/99 | $ 384.78 | 12/14/99 | $ 302.23 | 1/14/00 | $ 301.42 | 2/14/00 | $ 188.06 | 3/14/00 | $ 127.89 | 4/14/00 | $ 50.51 |
| 11/15/99 | $ 384.78 | 12/15/99 | $ 290.23 | 1/15/00 | $ 301.42 | 2/15/00 | $ 188.06 | 3/15/00 | $ 127.89 | 4/15/00 | $ 50.51 |
| 11/16/99 | $ 349.78 | 12/16/99 | $ 290.23 | 1/16/00 | $ 301.42 | 2/16/00 | $ 188.06 | 3/16/00 | $ 127.89 | 4/16/00 | $ 50.51 |
| 11/17/99 | $ 349.78 | 12/17/99 | $ 272.72 | 1/17/00 | $ 282.79 | 2/17/00 | $ 188.06 | 3/17/00 | $ 236.34 | 4/17/00 | $ 51.95 |
| 11/18/99 | $ 349.78 | 12/18/99 | $ 289.56 | 1/18/00 | $ 282.79 | 2/18/00 | $ 236.34 | 3/18/00 | $ 236.34 | 4/18/00 | $ 26.39 |
| 11/19/99 | $ 349.78 | 12/19/99 | $ 372.72 | 1/19/00 | $ 182.79 | 2/19/00 | $ 236.34 | 3/19/00 | $ 236.34 | 4/19/00 | $ 26.39 |
| 11/20/99 | $ 349.78 | 12/20/99 | $ 372.72 | 1/20/00 | $ 182.79 | 2/20/00 | $ 160.33 | 3/20/00 | $ 218.60 | 4/20/00 | $ 26.39 |
| 11/21/99 | $ 349.78 | 12/21/99 | $ 372.72 | 1/21/00 | $ 182.02 | 2/21/00 | $ 160.33 | 3/21/00 | $ 218.60 | 4/21/00 | $ 75.84 |
| 11/22/99 | $ 318.96 | 12/22/99 | $ 372.72 | 1/22/00 | $ 182.02 | 2/22/00 | $ 160.33 | 3/22/00 | $ 218.60 | 4/22/00 | $ 75.84 |
| 11/23/99 | $ 297.53 | 12/23/99 | $ 372.72 | 1/23/00 | $ 182.02 | 2/23/00 | $ 160.33 | 3/23/00 | $ 218.60 | 4/23/00 | $ 75.84 |
| 11/24/99 | $ 297.53 | 12/24/99 | $ 346.34 | 1/24/00 | $ 182.02 | 2/24/00 | $ 160.33 | 3/24/00 | $ 180.85 | 4/24/00 | $ 75.84 |
| 11/25/99 | $ 297.53 | 12/25/99 | $ 346.34 | 1/25/00 | $ 182.02 | 2/25/00 | $ 160.33 | 3/25/00 | $ 180.85 | 4/25/00 | $ 49.83 |
| 11/26/99 | $ 293.90 | 12/26/99 | $ 346.34 | 1/26/00 | $ 181.52 | 2/26/00 | $ 127.10 | 3/26/00 | $ 180.85 | 4/26/00 | $ 44.33 |
| 11/27/99 | $ 293.90 | 12/27/99 | $ 346.34 | 1/27/00 | $ 180.85 | 2/27/00 | $ 127.10 | 3/27/00 | $ 180.35 | 4/27/00 | $ 41.25 |
| 11/28/99 | $ 293.90 | 12/28/99 | $ 345.84 | 1/28/00 | $ 180.85 | 2/28/00 | $ 126.60 | 3/28/00 | $ 180.35 | 4/28/00 | $ 41.25 |
| 11/29/99 | $ 393.90 | 12/29/99 | $ 344.30 | 1/29/00 | $ 161.00 | 2/29/00 | $ 90.74 | 3/29/00 | $ 180.35 | 4/29/00 | $ 41.25 |
| 11/30/99 | $ 372.61 | 12/30/99 | $ 344.30 | 1/30/00 | $ 196.00 | 3/1/00 | $ 90.74 | 3/30/00 | $ 180.35 | 4/30/00 | $ 41.25 |
| 12/1/99 | $ 372.61 | 12/31/99 | $ 344.30 | 1/31/00 | $ 246.00 | 3/2/00 | $ 79.89 | 3/31/00 | $ 180.35 | 5/1/00 | $ 41.25 |
| 12/2/99 | $ 361.76 | 1/1/00 | $ 344.30 | 2/1/00 | $ 246.00 | 3/3/00 | $ 79.89 | 4/1/00 | $ 180.35 | 5/2/00 | $ 37.25 |
| 12/3/99 | $ 352.26 | 1/2/00 | $ 344.30 | 2/2/00 | $ 246.00 | 3/4/00 | $ 79.89 | 4/2/00 | $ 180.35 | 5/3/00 | $ 32.62 |
| 12/4/99 | $ 352.26 | 1/3/00 | $ 344.30 | 2/3/00 | $ 235.15 | 3/5/00 | $ 79.89 | 4/3/00 | $ 135.09 | 5/4/00 | $ 21.77 |
| 12/5/99 | $ 352.26 | 1/4/00 | $ 301.16 | 2/4/00 | $ 235.15 | 3/6/00 | $ 64.83 | 4/4/00 | $ 90.22 | 5/5/00 | $ 21.77 |
| 12/6/99 | $ 352.26 | 1/5/00 | $ 230.79 | 2/5/00 | $ 203.55 | 3/7/00 | $ 61.41 | 4/5/00 | $ 90.22 | 5/6/00 | $ 21.77 |
| 12/7/99 | $ 351.99 | 1/6/00 | $ 219.94 | 2/6/00 | $ 203.55 | 3/8/00 | $ 52.91 | 4/6/00 | $ 90.22 | 5/7/00 | $ 21.77 |
| 12/8/99 | $ 351.99 | 1/7/00 | $ 219.94 | 2/7/00 | $ 203.55 | | $ - | 4/7/00 | $ 90.22 | 5/8/00 | $ 21.77 |
| 12/9/99 | $ 351.99 | 1/8/00 | $ 219.94 | 2/8/00 | $ 203.55 | | | 4/8/00 | $ 90.22 | | $ - |
| AVG | $ 350.04 | AVG | $ 319.61 | AVG | $ 230.03 | AVG | $ 132.59 | AVG | $ 161.22 | AVG | $ 46.03   $ 206.59 |

6 MONTH AVERAGE: 206.58806

# Bradford Johnson, DP-2967

AVERAGE MONTHLY DEPOSITS

| DATE | INST | EMP | OTHER | TOTAL |
|---|---|---|---|---|
| 12/20/99 | $ - | $ - | $ 100.00 | $ 100.00 |
| 1/10/00 | - | - | 100.00 | 100.00 |
| 1/30/00 | - | - | 85.00 | 85.00 |
| 3/10/00 | - | - | 100.00 | 100.00 |
| 3/13/00 | 0.50 | - | - | 0.50 |
| 3/16/00 | 133.20 | - | - | 133.20 |
| 4/17/00 | 1.44 | - | - | 1.44 |
| 4/21/00 | - | - | 50.00 | 50.00 |
| TOTALS | $ 135.14 | $ - | $ 435.00 | $ 570.14 |
| AVG | $ 22.52 | - | $ 95.00 | $ 95.02 |

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM         RUN    IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING        DATE  5/08/2000
REMOTE PRINT TIME 14:15               FROM PURGE FILE             PAGE         1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| DP2967 | JOHNSON | BRADFORD | | 285.39 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 9910 | 10-04-1999 | 34 | RADIO/TV BASIC CABLE TV AND HBO | | -10.85 | 274.54 |
| 8278 | 10-05-1999 | 32 | ROC COMMISSARY FOR 10/05/1999 | | -39.95 | 234.59 |
| 6506 | 10-06-1999 | 37 | POSTAGE OCTOBER | | -.77 | 233.82 |
| 6541 | 10-12-1999 | 14 | MISCELLANEOUS OMEGA BANK | #E609333 | 237.00 | 470.82 |
| 8285 | 10-12-1999 | 32 | ROC COMMISSARY FOR 10/12/1999 | | -43.99 | 426.83 |
| 6571 | 10-14-1999 | 44 | ORGANIZATIONAL LIFER'S PHOTO TICKET | | -5.00 | 421.83 |
| 6580 | 10-15-1999 | 36 | PRINTED MATERIALS HALALCO BOOKS | | -21.45 | 400.38 |
| 6595 | 10-19-1999 | 37 | POSTAGE OCTOBER | | -1.54 | 398.84 |
| 8292 | 10-19-1999 | 32 | ROC COMMISSARY FOR 10/19/1999 | | -34.20 | 364.64 |
| 6615 | 10-21-1999 | 37 | POSTAGE OCTOBER | | -.77 | 363.87 |
| 6620 | 10-22-1999 | 13 | PERSONAL GIFT FROM FELICIANO, R | #E612133 | 50.00 | 413.87 |
| 6621 | 10-22-1999 | 14 | MISCELLANEOUS OMEGA BANK | #E612134 | 50.00 | 463.87 |
| 6637 | 10-25-1999 | 36 | PRINTED MATERIALS TCI GUIDE - NOVEMBER | | -.50 | 463.37 |
| 8299 | 10-26-1999 | 32 | ROC COMMISSARY FOR 10/26/1999 | | -39.01 | 424.36 |
| 6664 | 10-28-1999 | 13 | PERSONAL GIFT FROM RANDOLPH RICHARDSON | #451775 | 100.00 | 524.36 |
| 6693 | 11-01-1999 | 36 | PRINTED MATERIALS AL BASHEER COMPANY | | -12.50 | 511.86 |
| 9911 | 11-01-1999 | 34 | RADIO/TV BASIC CABLE TV AND HBO | | -10.85 | 501.01 |
| 6695 | 11-02-1999 | 37 | POSTAGE NOVEMBER | | -2.20 | 498.81 |
| 8306 | 11-02-1999 | 32 | ROC COMMISSARY FOR 11/02/1999 | | -37.89 | 460.92 |
| 6708 | 11-04-1999 | 37 | POSTAGE NOVEMBER | | -3.42 | 457.50 |
| 6712 | 11-04-1999 | 36 | PRINTED MATERIALS DARUS SALAM PUBLICATIONS | | -28.00 | 429.50 |
| 8313 | 11-09-1999 | 32 | ROC COMMISSARY FOR 11/09/1999 | | -44.72 | 384.78 |

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM         RUN    IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING        DATE   5/08/2000
REMOTE PRINT TIME 14:15              FROM PURGE FILE            PAGE        2
```

| INMATE | NAME | | |
|--------|------|-------|-----|
| NUMBER | LAST | FIRST | MI |
| DP2967 | JOHNSON | BRADFORD | |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---------|-----------------|----|-------------------------|-----------|--------|--------|
| 8320 | 11-16-1999 | 32 | ROC COMMISSARY<br>FOR 11/16/1999 | | -35.00 | 349.78 |
| 8326 | 11-22-1999 | 32 | ROC COMMISSARY<br>FOR 11/22/1999 | | -30.82 | 318.96 |
| 6825 | 11-23-1999 | 37 | POSTAGE<br>NOVEMBER | | -5.18 | 313.78 |
| 6834 | 11-23-1999 | 31 | OUTSIDE PURCHASES<br>#7  BEEF, SAUSAGE & CHEESE | | -16.25 | 297.53 |
| 6844 | 11-26-1999 | 37 | POSTAGE<br>NOVEMBER | | -3.63 | 293.90 |
| 6849 | 11-29-1999 | 13 | PERSONAL GIFT FROM<br>MILLER, E | #E450947 | 100.00 | 393.90 |
| 6865 | 11-30-1999 | 36 | PRINTED MATERIALS<br>TCI GUIDE - DECEMBER | | -.50 | 393.40 |
| 8334 | 11-30-1999 | 32 | ROC COMMISSARY<br>FOR 11/30/1999 | | -20.79 | 372.61 |
| 9912 | 12-02-1999 | 34 | RADIO/TV<br>BASIC CABLE TV AND HBO | | -10.85 | 361.76 |
| 6895 | 12-03-1999 | 36 | PRINTED MATERIALS<br>DARUS SALAM U.S.A. | | -9.50 | 352.26 |
| 6910 | 12-07-1999 | 37 | POSTAGE<br>DECEMBER | | -.27 | 351.99 |
| 6950 | 12-13-1999 | 37 | POSTAGE<br>DECEMBER | | -1.07 | 350.92 |
| 8345 | 12-11-1999 | 32 | ROC COMMISSARY<br>FOR 12/13/1999 | | -48.69 | 302.23 |
| 6983 | 12-15-1999 | 36 | PRINTED MATERIALS<br>DENNIS SAUNDERS | | -12.00 | 290.23 |
| 6998 | 12-17-1999 | 37 | POSTAGE<br>DECEMBER | | -.67 | 289.56 |
| 8352 | 12-18-1999 | 32 | ROC COMMISSARY<br>FOR 12/20/1999 | | -16.84 | 272.72 |
| 7004 | 12-20-1999 | 14 | MISCELLANEOUS<br>UNKNOWN | #E370227 | 100.00 | 372.72 |
| 8361 | 12-27-1999 | 32 | ROC COMMISSARY<br>FOR 12/27/1999 | | -25.61 | 347.11 |
| 7042 | 12-24-1999 | 37 | POSTAGE<br>DECEMBER | | -.77 | 346.34 |
| 7054 | 12-28-1999 | 36 | PRINTED MATERIALS<br>JANUARY - CABLE GUIDE | | -.50 | 345.84 |
| 7063 | 12-29-1999 | 37 | POSTAGE<br>DECEMBER | | -1.54 | 344.30 |

```
                    BALANCE AFTER THESE TRANSACTIONS------->     344.30
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE  5/08/2000
REMOTE PRINT TIME 14:15               FROM ACTIVE FILE           PAGE          1
```

| INMATE | NAME | | | | |
|---|---|---|---|---|---|
| NUMBER | LAST | FIRST | MI | | STARTING BALANCE |
| DP2967 | JOHNSON | BRADFORD | | | 344.30 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 8004 | 01-04-2000 | 32 | ROC COMMISSARY FOR 1/04/2000 | | -43.14 | 301.16 |
| 7110 | 01-05-2000 | 37 | POSTAGE JANUARY | | -.77 | 300.39 |
| 7121 | 01-05-2000 | 36 | PRINTED MATERIALS DAR-US-SALAM | | -57.00 | 243.39 |
| 7121 | 01-05-2000 | 36 | PRINTED MATERIALS DAR-US-SALAM | | -12.60 | 230.79 |
| 9001 | 01-06-2000 | 34 | RADIO/TV BASIC CABLE TV AND HBO | | -10.85 | 219.94 |
| 7154 | 01-10-2000 | 13 | PERSONAL GIFT FROM JOHNSON, B | #E449980 | 100.00 | 319.94 |
| 7167 | 01-11-2000 | 37 | POSTAGE JANUARY | | -.77 | 319.17 |
| 8011 | 01-11-2000 | 32 | ROC COMMISSARY FOR 1/11/2000 | | -17.75 | 301.42 |
| 8018 | 01-18-2000 | 32 | ROC COMMISSARY FOR 1/18/2000 | | -18.63 | 282.79 |
| 7237 | 01-19-2000 | 42 | SAVINGS OMEGA BANK | | -100.00 | 182.79 |
| 7253 | 01-21-2000 | 37 | POSTAGE JANUARY | | -.77 | 182.02 |
| 7292 | 01-26-2000 | 36 | PRINTED MATERIALS TV GUIDE - FEB | | -.50 | 181.52 |
| 7298 | 01-27-2000 | 37 | POSTAGE JANUARY | | -.67 | 180.85 |
| 8029 | 01-29-2000 | 32 | ROC COMMISSARY FOR 1/31/2000 | | -19.85 | 161.00 |
| 7318 | 01-31-2000 | 14 | MISCELLANEOUS OMEGA BANK | #E452319 | 35.00 | 196.00 |
| 7317 | 01-31-2000 | 13 | PERSONAL GIFT FROM FELECIANO, PALLITE | #E452348 | 50.00 | 246.00 |
| 9002 | 02-03-2000 | 34 | RADIO/TV BASIC CABLE TV AND HBO | | -10.85 | 235.15 |
| 8036 | 02-05-2000 | 32 | ROC COMMISSARY FOR 2/05/2000 | | -33.16 | 201.99 |
| 8036 | 02-05-2000 | 86 32 | ROC COMMISSARY CR FOR 2/05/2000 | | 1.56 | 203.55 |
| 8043 | 02-12-2000 | 32 | ROC COMMISSARY FOR 2/14/2000 | | -15.49 | 188.06 |
| 8050 | 02-19-2000 | 32 | ROC COMMISSARY FOR 2/22/2000 | | -27.73 | 160.33 |
| 8057 | 02-26-2000 | 32 | ROC COMMISSARY FOR 2/28/2000 | | -33.23 | 127.10 |

Case 1:00-cv-00675-SHR-TMB    Document 10    Filed 05/11/2000    Page 7 of 10

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM        RUN     IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING      DATE  5/08/2000
REMOTE PRINT TIME 14:15           FROM ACTIVE FILE           PAGE        2
```

```
INMATE    NAME
NUMBER    LAST              FIRST          MI
DP2967    JOHNSON           BRADFORD
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 7512 | 02-28-2000 | 36 | PRINTED MATERIALS CABLE GUIDE-MARCH | -.50 | 126.60 |
| 7520 | 02-29-2000 | 37 | POSTAGE FEBRUARY | -5.36 | 121.24 |
| 7529 | 02-29-2000 | 36 | PRINTED MATERIALS AL JUMU AH | -3.50 | 117.74 |
| 7529 | 02-29-2000 | 36 | PRINTED MATERIALS DARUS SALAM PUBLICATIONS | -27.00 | 90.74 |
| 9003 | 03-02-2000 | 34 | RADIO/TV BASIC CABLE TV AND HBO | -10.85 | 79.89 |
| 8066 | 03-06-2000 | 32 | ROC COMMISSARY FOR  3/06/2000 | -15.06 | 64.83 |
| 7578 | 03-07-2000 | 37 | POSTAGE MARCH | -3.42 | 61.41 |
| 7590 | 03-08-2000 | 41 | MEDICAL CO-PAY (3/6) | -4.00 | 57.41 |
| 7601 | 03-08-2000 | 44 | ORGANIZATIONAL MUSLIM COMMUNITY DONATION | -2.50 | 54.91 |
| 7601 | 03-08-2000 | 44 | ORGANIZATIONAL MUSLIM COMMUNITY DONATION | -2.00 | 52.91 |
| 7609 | 03-10-2000 | 13 | PERSONAL GIFT FROM JOHNSON, DARETHA      #E605577 | 100.00 | 152.91 |
| 7619 | 03-13-2000 | 10 | MAINTENANCE PAYROLL WAGES   (FEBRUARY) | .50 | 153.41 |
| 8073 | 03-13-2000 | 32 | ROC COMMISSARY FOR  3/13/2000 | -25.52 | 127.89 |
| 7647 | 03-16-2000 | 10 | MAINTENANCE PAYROLL MISSED WAGES JUNE 99-FEB 00 | 133.20 | 261.09 |
| 7661 | 03-17-2000 | 36 | PRINTED MATERIALS HUDAA | -24.75 | 236.34 |
| 8080 | 03-20-2000 | 32 | ROC COMMISSARY FOR  3/20/2000 | -17.74 | 218.60 |
| 7707 | 03-24-2000 | 36 | PRINTED MATERIALS HUDAA | -37.75 | 180.85 |
| 7716 | 03-27-2000 | 36 | PRINTED MATERIALS CABLE GUIDE  (APRIL) | -.50 | 180.35 |
| 8088 | 03-28-2000 | 32 | ROC COMMISSARY FOR  3/28/2000 | -34.41 | 145.94 |
| 9004 | 04-03-2000 | 34 | RADIO/TV BASIC CABLE TV AND HBO | -10.85 | 135.09 |
| 8095 | 04-04-2000 | 32 | ROC COMMISSARY FOR  4/04/2000 | -44.87 | 90.22 |
| 7821 | 04-10-2000 | 37 | POSTAGE APRIL | -4.96 | 85.26 |

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE   5/08/2000
REMOTE PRINT TIME 14:15              FROM ACTIVE FILE            PAGE          3
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| DP2967 | JOHNSON | BRADFORD | |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 7844 | 04-12-2000 | 35 | DENTAL/GLASSES EYEGLASS COST | | -4.50 | 80.76 |
| 8102 | 04-11-2000 | 32 | ROC COMMISSARY FOR  4/14/2000 | | -30.25 | 50.51 |
| 7879 | 04-17-2000 | 10 | MAINTENANCE PAYROLL WAGES   (MARCH) | | 1.44 | 51.95 |
| 8109 | 04-18-2000 | 32 | ROC COMMISSARY FOR  4/18/2000 | | -25.56 | 26.39 |
| 7916 | 04-21-2000 | 37 | POSTAGE APRIL | | -.55 | 25.84 |
| 7918 | 04-21-2000 | 13 | PERSONAL GIFT FROM TAYLOR, SUE | #E596185 | 50.00 | 75.84 |
| 8116 | 04-25-2000 | 32 | ROC COMMISSARY FOR  4/25/2000 | | -26.01 | 49.83 |
| 7955 | 04-26-2000 | 44 | ORGANIZATIONAL MUSLIM COMMUNITY DONATIONS | | -1.50 | 48.33 |
| 7955 | 04-26-2000 | 44 | ORGANIZATIONAL MUSLIM COMMUNITY DONATIONS | | -3.50 | 44.83 |
| 7958 | 04-26-2000 | 36 | PRINTED MATERIALS CABLE GUIDE - MAY | | -.50 | 44.33 |
| 7962 | 04-27-2000 | 37 | POSTAGE APRIL | | -3.08 | 41.25 |
| 7992 | 05-02-2000 | 41 | MEDICAL CO-PAY  5-01-00 | | -4.00 | 37.25 |
| 7996 | 05-03-2000 | 37 | POSTAGE MAY | | -.55 | 36.70 |
| 9 | 05-03-2000 | 37 | POSTAGE UPS CHARGES | | -4.08 | 32.62 |
| 9005 | 05-04-2000 | 34 | RADIO/TV BASIC CABLE TV AND HBO | | -10.85 | 21.77 |

```
                      BALANCE AFTER THESE TRANSACTIONS------>          21.77
```



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA


IN RE:                                    :    Civil Action No. 1:00-cv-00675

                                          :

Inmate: Bradford Johnson                  :

ID Number:  DP-2967                       :


ADMINISTRATIVE ORDER


        The individual identified above has initiated a civil complaint in the
U.S. District Court for the Middle District of Pennsylvania.  The filing fee
for this action is $150.00.

        Pursuant to the Prison Litigation Reform Act and Standing Order No.
96-1 of this court, the Superintendent/Warden of the institution where this
inmate is incarcerated is directed to furnish the court and the inmate with a
certified copy of the statement for the past six months of the prisoner's
trust fund account (or institutional equivalent).  The Superintendent/Warden
is also directed to remit from the prisoner's account, in monthly
installments, the full $150.00 fee.

        As soon as funds are available in the inmate's prison account, the
Superintendent/Warden shall submit an initial partial payment of 20 percent of
the greater of:

        (1) the average monthly deposits to the inmate's prison account for
the past six months, or

        (2) the average monthly balance in the inmate's prison account for
the past six months.

        The remittance must be accompanied by a statement of the calculations
used to arrive at the amount, a copy of which you shall furnish to the inmate.

        After the initial payment, if there remains any unpaid fee due and

owing the Court, the Superintendent/Warden in any institution where the inmate is incarcerated is required by law to set aside and remit on a monthly basis 20 percent of the preceding month's deposits credited to the prisoner's account until the filing fee has been paid in full.  Each time a deposit is made to the inmate's account, the Superintendent/Warden shall set aside the deposit immediately before any disbursement is made by the inmate, until an amount equal to 20 percent of the previous month's deposits is obtained. When the 20 percent amount is obtained, it shall be transmitted in one monthly payment to the Clerk.  Each payment shall be clearly identified by the name of the prisoner and the number assigned to this action.

Payments must be made payable to "Clerk, U.S. District Court" and transmitted to:

> U.S. District Court
> P.O. Box 1148
> Scranton, PA  18501-1148

In the event the plaintiff is transferred to a different correctional facility before the full filing fee is paid, you must forward this Administrative Order to the Superintendent/Warden of the receiving institution.  This Order will be binding on the Superintendent/Warden of any correctional facility where the prisoner is incarcerated until the filing fee is paid in full.

MARY E. D'ANDREA
Clerk of Court

By: _____
     Deputy Clerk

DATE: May 4, 2000