AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF Centre   :   CIVIL ACTION NO.   1:00-CV-00675

I, Francis M. Dougherty being duly sworn, depose and say:   MJ Hewitt

(1) I am employed as Business Manager at SCI - Rockview.
I have served in that capacity since December 22, 19 91.

(2) The plaintiff, Bradford Johnson Reg. No. DP-2967
is presently incarcerated at the said institution.

(3) The following is a listing of assets at the said institution belonging to plaintiff:
  a. Prison account
    1. Present balance: $ 21.77
    2. Total amount of deposits during six months preceding the filing of the complaint: $ 570.14
    3. Average monthly balance: $ 206.59
    4. Average monthly deposits: $ 95.02
  b. Employment
    1. Institution employment: $ 135.14
    2. Average monthly deposits: $ 22.52
  c. Other resources:
    Personal Gifts, Bank

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the six months preceding the filing of the complaint.

(5) The above information set forth in this affidavit is true and correct to the best of my knowledge, information and belief.

*Francis M. Dougherty*
Francis M. Dougherty, Business Manager

FILED
HARRISBURG, PA

MAY 12 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

# Bradford Johnson, DP-2967
## AVERAGE MONTHLY BALANCE

| DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/9/99  | $ 384.78 | 12/9/99  | $ 351.99 | 1/9/00  | $ 219.94 | 2/9/00  | $ 203.55 | 3/9/00  | $ 52.91  | 4/9/00  | $ 90.22 |
| 11/10/99 | $ 384.78 | 12/10/99 | $ 351.99 | 1/10/00 | $ 319.94 | 2/10/00 | $ 203.55 | 3/10/00 | $ 152.91 | 4/10/00 | $ 85.26 |
| 11/11/99 | $ 384.78 | 12/11/99 | $ 302.23 | 1/11/00 | $ 301.42 | 2/11/00 | $ 203.55 | 3/11/00 | $ 152.91 | 4/11/00 | $ 85.26 |
| 11/12/99 | $ 384.78 | 12/12/99 | $ 302.23 | 1/12/00 | $ 301.42 | 2/12/00 | $ 188.06 | 3/12/00 | $ 152.91 | 4/12/00 | $ 50.51 |
| 11/13/99 | $ 384.78 | 12/13/99 | $ 302.23 | 1/13/00 | $ 301.42 | 2/13/00 | $ 188.06 | 3/13/00 | $ 127.89 | 4/13/00 | $ 50.51 |
| 11/14/99 | $ 384.78 | 12/14/99 | $ 302.23 | 1/14/00 | $ 301.42 | 2/14/00 | $ 188.06 | 3/14/00 | $ 127.89 | 4/14/00 | $ 50.51 |
| 11/15/99 | $ 384.78 | 12/15/99 | $ 302.23 | 1/15/00 | $ 290.23 | 2/15/00 | $ 188.06 | 3/15/00 | $ 127.89 | 4/15/00 | $ 50.51 |
| 11/16/99 | $ 349.78 | 12/16/99 | $ 290.23 | 1/16/00 | $ 290.23 | 2/16/00 | $ 188.06 | 3/16/00 | $ 127.89 | 4/16/00 | $ 50.51 |
| 11/17/99 | $ 349.78 | 12/17/99 | $ 289.56 | 1/17/00 | $ 301.42 | 2/17/00 | $ 188.06 | 3/17/00 | $ 236.34 | 4/17/00 | $ 51.95 |
| 11/18/99 | $ 349.78 | 12/18/99 | $ 272.72 | 1/18/00 | $ 282.79 | 2/18/00 | $ 188.06 | 3/18/00 | $ 236.34 | 4/18/00 | $ 26.39 |
| 11/19/99 | $ 349.78 | 12/19/99 | $ 372.72 | 1/19/00 | $ 182.79 | 2/19/00 | $ 160.33 | 3/19/00 | $ 236.34 | 4/19/00 | $ 26.39 |
| 11/20/99 | $ 349.78 | 12/20/99 | $ 372.72 | 1/20/00 | $ 182.79 | 2/20/00 | $ 160.33 | 3/20/00 | $ 218.60 | 4/20/00 | $ 26.39 |
| 11/21/99 | $ 349.78 | 12/21/99 | $ 372.72 | 1/21/00 | $ 182.02 | 2/21/00 | $ 160.33 | 3/21/00 | $ 218.60 | 4/21/00 | $ 75.84 |
| 11/22/99 | $ 318.96 | 12/22/99 | $ 372.72 | 1/22/00 | $ 182.02 | 2/22/00 | $ 160.33 | 3/22/00 | $ 218.60 | 4/22/00 | $ 75.84 |
| 11/23/99 | $ 297.53 | 12/23/99 | $ 372.72 | 1/23/00 | $ 182.02 | 2/23/00 | $ 160.33 | 3/23/00 | $ 218.60 | 4/23/00 | $ 75.84 |
| 11/24/99 | $ 297.53 | 12/24/99 | $ 346.34 | 1/24/00 | $ 182.02 | 2/24/00 | $ 160.33 | 3/24/00 | $ 180.85 | 4/24/00 | $ 75.84 |
| 11/25/99 | $ 297.53 | 12/25/99 | $ 346.34 | 1/25/00 | $ 182.02 | 2/25/00 | $ 160.33 | 3/25/00 | $ 180.85 | 4/25/00 | $ 49.83 |
| 11/26/99 | $ 293.90 | 12/26/99 | $ 346.34 | 1/26/00 | $ 181.52 | 2/26/00 | $ 127.10 | 3/26/00 | $ 180.85 | 4/26/00 | $ 44.33 |
| 11/27/99 | $ 293.90 | 12/27/99 | $ 346.34 | 1/27/00 | $ 180.85 | 2/27/00 | $ 127.10 | 3/27/00 | $ 180.85 | 4/27/00 | $ 41.25 |
| 11/28/99 | $ 293.90 | 12/28/99 | $ 345.84 | 1/28/00 | $ 180.85 | 2/28/00 | $ 126.60 | 3/28/00 | $ 180.85 | 4/28/00 | $ 41.25 |
| 11/29/99 | $ 393.90 | 12/29/99 | $ 344.30 | 1/29/00 | $ 161.00 | 2/29/00 | $ 90.74 | 3/29/00 | $ 180.35 | 4/29/00 | $ 41.25 |
| 11/30/99 | $ 372.61 | 12/30/99 | $ 344.30 | 1/30/00 | $ 196.00 | 3/1/00  | $ 90.74 | 3/30/00 | $ 180.35 | 4/30/00 | $ 41.25 |
| 12/1/99  | $ 372.61 | 12/31/99 | $ 344.30 | 1/31/00 | $ 246.00 | 3/2/00  | $ 79.89 | 3/31/00 | $ 180.35 | 5/1/00  | $ 41.25 |
| 12/2/99  | $ 361.76 | 1/1/00   | $ 344.30 | 2/1/00  | $ 246.00 | 3/3/00  | $ 79.89 | 4/1/00  | $ 180.35 | 5/2/00  | $ 37.25 |
| 12/3/99  | $ 352.26 | 1/2/00   | $ 344.30 | 2/2/00  | $ 246.00 | 3/4/00  | $ 79.89 | 4/2/00  | $ 180.35 | 5/3/00  | $ 32.62 |
| 12/4/99  | $ 352.26 | 1/3/00   | $ 344.30 | 2/3/00  | $ 235.15 | 3/5/00  | $ 79.89 | 4/3/00  | $ 135.09 | 5/4/00  | $ 21.77 |
| 12/5/99  | $ 352.26 | 1/4/00   | $ 301.16 | 2/4/00  | $ 235.15 | 3/6/00  | $ 64.83 | 4/4/00  | $ 90.22  | 5/5/00  | $ 21.77 |
| 12/6/99  | $ 352.26 | 1/5/00   | $ 230.79 | 2/5/00  | $ 203.55 | 3/7/00  | $ 61.41 | 4/5/00  | $ 90.22  | 5/6/00  | $ 21.77 |
| 12/7/99  | $ 351.99 | 1/6/00   | $ 219.94 | 2/6/00  | $ 203.55 | 3/8/00  | $ 52.91 | 4/6/00  | $ 90.22  | 5/7/00  | $ 21.77 |
| 12/8/99  | $ 351.99 | 1/7/00   | $ 219.94 | 2/7/00  | $ 203.55 |         | -       | 4/7/00  | $ 90.22  | 5/8/00  | $ 21.77 |
| 12/9/99  | $ 351.99 | 1/8/00   | $ 219.94 | 2/8/00  | $ 203.55 |         |         | 4/8/00  | $ 90.22  |         |         |
| AVG      | $ 350.04 | AVG      | $ 319.61 |         | $ 230.03 |         | $ 132.59 |         | $ 161.22 |         | $ 46.03 |

6 MONTH AVERAGE: $ 206.59

206.58806

# Bradford Johnson, DP-2967

## AVERAGE MONTHLY DEPOSITS

| DATE | INST EMP | OTHER | TOTAL |
|---|---|---|---|
| 12/20/99 | $ - | $ 100.00 | $ 100.00 |
| 1/10/00 | - | 100.00 | 100.00 |
| 1/30/00 | - | 85.00 | 85.00 |
| 3/10/00 | - | 100.00 | 100.00 |
| 3/13/00 | 0.50 | - | 0.50 |
| 3/16/00 | 133.20 | - | 133.20 |
| 4/17/00 | 1.44 | - | 1.44 |
| 4/21/00 | - | 50.00 | 50.00 |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| TOTALS | $ 135.14 | $ 435.00 | $ 570.14 |
| AVG | 22.52 | | 95.02 |

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTS SYSTEM              RUN     IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING             DATE    5/08/2000
REMOTE PRINT TIME 14:15                 FROM PURGE FILE                  PAGE         1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| DP2967 | JOHNSON | BRADFORD | | 285.39 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 9910 | 10-04-1999 | 34 | RADIO/TV BASIC CABLE TV AND HBO | | -10.85 | 274.54 |
| 8278 | 10-05-1999 | 32 | ROC COMMISSARY FOR 10/05/1999 | | -39.95 | 234.59 |
| 6506 | 10-06-1999 | 37 | POSTAGE OCTOBER | | -.77 | 233.82 |
| 6541 | 10-12-1999 | 14 | MISCELLANEOUS OMEGA BANK | #E609333 | 237.00 | 470.82 |
| 8285 | 10-12-1999 | 32 | ROC COMMISSARY FOR 10/12/1999 | | -43.99 | 426.83 |
| 6571 | 10-14-1999 | 44 | ORGANIZATIONAL LIFER'S PHOTO TICKET | | -5.00 | 421.83 |
| 6580 | 10-15-1999 | 36 | PRINTED MATERIALS HALALCO BOOKS | | -21.45 | 400.38 |
| 6595 | 10-19-1999 | 37 | POSTAGE OCTOBER | | -1.54 | 398.84 |
| 8292 | 10-19-1999 | 32 | ROC COMMISSARY FOR 10/19/1999 | | -34.20 | 364.64 |
| 6615 | 10-21-1999 | 37 | POSTAGE OCTOBER | | -.77 | 363.87 |
| 6620 | 10-22-1999 | 13 | PERSONAL GIFT FROM FELICIANO, R | #E612133 | 50.00 | 413.87 |
| 6621 | 10-22-1999 | 14 | MISCELLANEOUS OMEGA BANK | #E612134 | 50.00 | 463.87 |
| 6637 | 10-25-1999 | 36 | PRINTED MATERIALS TCI GUIDE - NOVEMBER | | -.50 | 463.37 |
| 8299 | 10-26-1999 | 32 | ROC COMMISSARY FOR 10/26/1999 | | -39.01 | 424.36 |
| 6664 | 10-28-1999 | 13 | PERSONAL GIFT FROM RANDOLPH RICHARDSON | #451775 | 100.00 | 524.36 |
| 6693 | 11-01-1999 | 36 | PRINTED MATERIALS AL BASHEER COMPANY | | -12.50 | 511.86 |
| 9911 | 11-01-1999 | 34 | RADIO/TV BASIC CABLE TV AND HBO | | -10.85 | 501.01 |
| 6695 | 11-02-1999 | 37 | POSTAGE NOVEMBER | | -2.20 | 498.81 |
| 8306 | 11-02-1999 | 32 | ROC COMMISSARY FOR 11/02/1999 | | -37.89 | 460.92 |
| 6708 | 11-04-1999 | 37 | POSTAGE NOVEMBER | | -3.42 | 457.50 |
| 6712 | 11-04-1999 | 36 | PRINTED MATERIALS DARUS SALAM PUBLICATIONS | | -28.00 | 429.50 |
| 8313 | 11-09-1999 | 32 | ROC COMMISSARY FOR 11/09/1999 | | -44.72 | 384.78 |

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM           RUN    IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING          DATE   5/08/2000
REMOTE PRINT TIME 14:15             FROM PURGE FILE               PAGE        2
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| DP2967 | JOHNSON | BRADFORD | |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 8320 | 11-16-1999 | 32 | ROC COMMISSARY FOR 11/16/1999 | | -35.00 | 349.78 |
| 8326 | 11-22-1999 | 32 | ROC COMMISSARY FOR 11/22/1999 | | -30.82 | 318.96 |
| 6825 | 11-23-1999 | 37 | POSTAGE NOVEMBER | | -5.18 | 313.78 |
| 6834 | 11-23-1999 | 31 | OUTSIDE PURCHASES #7 BEEF, SAUSAGE & CHEESE | | -16.25 | 297.53 |
| 6844 | 11-26-1999 | 37 | POSTAGE NOVEMBER | | -3.63 | 293.90 |
| 6849 | 11-29-1999 | 13 | PERSONAL GIFT FROM MILLER, E | #E450947 | 100.00 | 393.90 |
| 6865 | 11-30-1999 | 36 | PRINTED MATERIALS TCI GUIDE - DECEMBER | | -.50 | 393.40 |
| 8334 | 11-30-1999 | 32 | ROC COMMISSARY FOR 11/30/1999 | | -20.79 | 372.61 |
| 9912 | 12-02-1999 | 34 | RADIO/TV BASIC CABLE TV AND HBO | | -10.85 | 361.76 |
| 6895 | 12-03-1999 | 36 | PRINTED MATERIALS DARUS SALAM U.S.A. | | -9.50 | 352.26 |
| 6910 | 12-07-1999 | 37 | POSTAGE DECEMBER | | -.27 | 351.99 |
| 6950 | 12-13-1999 | 37 | POSTAGE DECEMBER | | -1.07 | 350.92 |
| 8345 | 12-11-1999 | 32 | ROC COMMISSARY FOR 12/13/1999 | | -48.69 | 302.23 |
| 6983 | 12-15-1999 | 36 | PRINTED MATERIALS DENNIS SAUNDERS | | -12.00 | 290.23 |
| 6998 | 12-17-1999 | 37 | POSTAGE DECEMBER | | -.67 | 289.56 |
| 8352 | 12-18-1999 | 32 | ROC COMMISSARY FOR 12/20/1999 | | -16.84 | 272.72 |
| 7004 | 12-20-1999 | 14 | MISCELLANEOUS UNKNOWN | #E370227 | 100.00 | 372.72 |
| 8361 | 12-27-1999 | 32 | ROC COMMISSARY FOR 12/27/1999 | | -25.61 | 347.11 |
| 7042 | 12-24-1999 | 37 | POSTAGE DECEMBER | | -.77 | 346.34 |
| 7054 | 12-28-1999 | 36 | PRINTED MATERIALS JANUARY - CABLE GUIDE | | -.50 | 345.84 |
| 7063 | 12-29-1999 | 37 | POSTAGE DECEMBER | | -1.54 | 344.30 |

```
                    BALANCE AFTER THESE TRANSACTIONS------>         344.30
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM         RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING        DATE   5/08/2000
REMOTE PRINT TIME 14:15             FROM ACTIVE FILE            PAGE           1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| DP2967 | JOHNSON | BRADFORD | | 344.30 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 8004 | 01-04-2000 | 32 | ROC COMMISSARY FOR 1/04/2000 | | -43.14 | 301.16 |
| 7110 | 01-05-2000 | 37 | POSTAGE JANUARY | | -.77 | 300.39 |
| 7121 | 01-05-2000 | 36 | PRINTED MATERIALS DAR-US-SALAM | | -57.00 | 243.39 |
| 7121 | 01-05-2000 | 36 | PRINTED MATERIALS DAR-US-SALAM | | -12.60 | 230.79 |
| 9001 | 01-06-2000 | 34 | RADIO/TV BASIC CABLE TV AND HBO | | -10.85 | 219.94 |
| 7154 | 01-10-2000 | 13 | PERSONAL GIFT FROM JOHNSON, B | #E449980 | 100.00 | 319.94 |
| 7167 | 01-11-2000 | 37 | POSTAGE JANUARY | | -.77 | 319.17 |
| 8011 | 01-11-2000 | 32 | ROC COMMISSARY FOR 1/11/2000 | | -17.75 | 301.42 |
| 8018 | 01-18-2000 | 32 | ROC COMMISSARY FOR 1/18/2000 | | -18.63 | 282.79 |
| 7237 | 01-19-2000 | 42 | SAVINGS OMEGA BANK | | -100.00 | 182.79 |
| 7253 | 01-21-2000 | 37 | POSTAGE JANUARY | | -.77 | 182.02 |
| 7292 | 01-26-2000 | 36 | PRINTED MATERIALS TV GUIDE - FEB | | -.50 | 181.52 |
| 7298 | 01-27-2000 | 37 | POSTAGE JANUARY | | -.67 | 180.85 |
| 8029 | 01-29-2000 | 32 | ROC COMMISSARY FOR 1/31/2000 | | -19.85 | 161.00 |
| 7318 | 01-31-2000 | 14 | MISCELLANEOUS OMEGA BANK | #E452319 | 35.00 | 196.00 |
| 7317 | 01-31-2000 | 13 | PERSONAL GIFT FROM FELECIANO, PALLITE | #E452348 | 50.00 | 246.00 |
| 9002 | 02-03-2000 | 34 | RADIO/TV BASIC CABLE TV AND HBO | | -10.85 | 235.15 |
| 8036 | 02-05-2000 | 32 | ROC COMMISSARY FOR 2/05/2000 | | -33.16 | 201.99 |
| 8036 | 02-05-2000 | 86 32 | ROC COMMISSARY CR FOR 2/05/2000 | | 1.56 | 203.55 |
| 8043 | 02-12-2000 | 32 | ROC COMMISSARY FOR 2/14/2000 | | -15.49 | 188.06 |
| 8050 | 02-19-2000 | 32 | ROC COMMISSARY FOR 2/22/2000 | | -27.73 | 160.33 |
| 8057 | 02-26-2000 | 32 | ROC COMMISSARY FOR 2/28/2000 | | -33.23 | 127.10 |

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM           RUN    IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING          DATE   5/08/2000
REMOTE PRINT TIME 14:15              FROM ACTIVE FILE             PAGE        2
```

INMATE     NAME
NUMBER     LAST              FIRST          MI
DP2967     JOHNSON           BRADFORD

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 7512 | 02-28-2000 | 36 | PRINTED MATERIALS CABLE GUIDE-MARCH | -.50 | 126.60 |
| 7520 | 02-29-2000 | 37 | POSTAGE FEBRUARY | -5.36 | 121.24 |
| 7529 | 02-29-2000 | 36 | PRINTED MATERIALS AL JUMU AH | -3.50 | 117.74 |
| 7529 | 02-29-2000 | 36 | PRINTED MATERIALS DARUS SALAM PUBLICATIONS | -27.00 | 90.74 |
| 9003 | 03-02-2000 | 34 | RADIO/TV BASIC CABLE TV AND HBO | -10.85 | 79.89 |
| 8066 | 03-06-2000 | 32 | ROC COMMISSARY FOR 3/06/2000 | -15.06 | 64.83 |
| 7578 | 03-07-2000 | 37 | POSTAGE MARCH | -3.42 | 61.41 |
| 7590 | 03-08-2000 | 41 | MEDICAL CO-PAY (3/6) | -4.00 | 57.41 |
| 7601 | 03-08-2000 | 44 | ORGANIZATIONAL MUSLIM COMMUNITY DONATION | -2.50 | 54.91 |
| 7601 | 03-08-2000 | 44 | ORGANIZATIONAL MUSLIM COMMUNITY DONATION | -2.00 | 52.91 |
| 7609 | 03-10-2000 | 13 | PERSONAL GIFT FROM JOHNSON, DARETHA #E605577 | 100.00 | 152.91 |
| 7619 | 03-13-2000 | 10 | MAINTENANCE PAYROLL WAGES (FEBRUARY) | .50 | 153.41 |
| 8073 | 03-13-2000 | 32 | ROC COMMISSARY FOR 3/13/2000 | -25.52 | 127.89 |
| 7647 | 03-16-2000 | 10 | MAINTENANCE PAYROLL MISSED WAGES JUNE 99-FEB 00 | 133.20 | 261.09 |
| 7661 | 03-17-2000 | 36 | PRINTED MATERIALS HUDAA | -24.75 | 236.34 |
| 8080 | 03-20-2000 | 32 | ROC COMMISSARY FOR 3/20/2000 | -17.74 | 218.60 |
| 7707 | 03-24-2000 | 36 | PRINTED MATERIALS HUDAA | -37.75 | 180.85 |
| 7716 | 03-27-2000 | 36 | PRINTED MATERIALS CABLE GUIDE (APRIL) | -.50 | 180.35 |
| 8088 | 03-28-2000 | 32 | ROC COMMISSARY FOR 3/28/2000 | -34.41 | 145.94 |
| 9004 | 04-03-2000 | 34 | RADIO/TV BASIC CABLE TV AND HBO | -10.85 | 135.09 |
| 8095 | 04-04-2000 | 32 | ROC COMMISSARY FOR 4/04/2000 | -44.87 | 90.22 |
| 7821 | 04-10-2000 | 37 | POSTAGE APRIL | -4.96 | 85.26 |

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM            RUN      IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING           DATE  5/08/2000
REMOTE PRINT TIME 14:15               FROM ACTIVE FILE               PAGE          3

     INMATE    NAME
     NUMBER    LAST                  FIRST             MI
     DP2967    JOHNSON               BRADFORD

   BATCH      DATE                                        TRANSACTION  BALANCE AFTER
     #     MO DY YEAR    TRANSACTION DESCRIPTION             AMOUNT     TRANSACTION

    7844  04-12-2000  35  DENTAL/GLASSES
                          EYEGLASS COST                       -4.50        80.76
    8102  04-11-2000  32  ROC COMMISSARY
                          FOR   4/14/2000                    -30.25        50.51
    7879  04-17-2000  10  MAINTENANCE PAYROLL
                          WAGES     (MARCH)                    1.44        51.95
    8109  04-18-2000  32  ROC COMMISSARY
                          FOR   4/18/2000                    -25.56        26.39
    7916  04-21-2000  37  POSTAGE
                          APRIL                                -.55        25.84
    7918  04-21-2000  13  PERSONAL GIFT FROM
                          TAYLOR, SUE        #E596185         50.00        75.84
    8116  04-25-2000  32  ROC COMMISSARY
                          FOR   4/25/2000                    -26.01        49.83
    7955  04-26-2000  44  ORGANIZATIONAL
                          MUSLIM COMMUNITY DONATIONS          -1.50        48.33
    7955  04-26-2000  44  ORGANIZATIONAL
                          MUSLIM COMMUNITY DONATIONS          -3.50        44.83
    7958  04-26-2000  36  PRINTED MATERIALS
                          CABLE GUIDE - MAY                    -.50        44.33
    7962  04-27-2000  37  POSTAGE
                          APRIL                               -3.08        41.25
    7992  05-02-2000  41  MEDICAL
                          CO-PAY  5-01-00                     -4.00        37.25
    7996  05-03-2000  37  POSTAGE
                          MAY                                  -.55        36.70
       9  05-03-2000  37  POSTAGE
                          UPS CHARGES                         -4.08        32.62
    9005  05-04-2000  34  RADIO/TV
                          BASIC CABLE TV AND HBO             -10.85        21.77

                      BALANCE AFTER THESE TRANSACTIONS------>              21.77
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          :    Civil Action No. 1:00-cv-00675

                                                :

Inmate: Bradford Johnson                        :

ID Number: DP-2967

STATE CORR.
INST. AT ROCKVIEW
BOX A BELLEFONTE, PA
MAY 0 8 2000
RECEIVED
Business Office

ADMINISTRATIVE ORDER

    The individual identified above has initiated a civil complaint in the U.S. District Court for the Middle District of Pennsylvania. The filing fee for this action is $150.00.

    Pursuant to the Prison Litigation Reform Act and Standing Order No. 96-1 of this court, the Superintendent/Warden of the institution where this inmate is incarcerated is directed to furnish the court and the inmate with a certified copy of the statement for the past six months of the prisoner's trust fund account (or institutional equivalent). The Superintendent/Warden is also directed to remit from the prisoner's account, in monthly installments, the full $150.00 fee.

    As soon as funds are available in the inmate's prison account, the Superintendent/Warden shall submit an initial partial payment of 20 percent of the greater of:

    (1) the average monthly deposits to the inmate's prison account for the past six months, or

    (2) the average monthly balance in the inmate's prison account for the past six months.

    The remittance must be accompanied by a statement of the calculations used to arrive at the amount, a copy of which you shall furnish to the inmate.

    After the initial payment, if there remains any unpaid fee due and

owing the Court, the Superintendent/Warden in any institution where the inmate is incarcerated is required by law to set aside and remit on a monthly basis 20 percent of the preceding month's deposits credited to the prisoner's account until the filing fee has been paid in full.  Each time a deposit is made to the inmate's account, the Superintendent/Warden shall set aside the deposit immediately before any disbursement is made by the inmate, until an amount equal to 20 percent of the previous month's deposits is obtained.  When the 20 percent amount is obtained, it shall be transmitted in one monthly payment to the Clerk.  Each payment shall be clearly identified by the name of the prisoner and the number assigned to this action.

Payments must be made payable to "Clerk, U.S. District Court" and transmitted to:

> U.S. District Court
> P.O. Box 1148
> Scranton, PA  18501-1148

In the event the plaintiff is transferred to a different correctional facility before the full filing fee is paid, you must forward this Administrative Order to the Superintendent/Warden of the receiving institution.  This Order will be binding on the Superintendent/Warden of any correctional facility where the prisoner is incarcerated until the filing fee is paid in full.

MARY E. D'ANDREA
Clerk of Court

By: _____
Deputy Clerk

DATE: May 4, 2000