07/27/00                       TRANSFER-ADJUSTMENT-FORFEITURE REPORT                          1

                                              SCRANTON

TRNS-ADJ       DATE       FUND      CASE NO           DEF           AMOUNT
********************************************************************************
8030019720l.   07/26/00   510000                       0             -90.00
8030019720Z.   07/26/00   5100PL                       0              90.00
8030019730l.   07/26/00   086900                       0             -60.00
8030019730Z.   07/26/00   0869PL                       0              60.00
8030019740l.   07/26/00   504100    3:96-CR-093-02     2             -25.00
8030019740Z.   07/26/00   5100PL    3:96-CR-093-02     2              25.00
8030019750l.   07/26/00   504100    3:96-CR-266-01     1             -59.07
8030019750Z.   07/26/00   5100PL    3:96-CR-266-01     1              59.07
8030019750З.   07/26/00   0869PL                       0              15.61
8030019750l.   07/26/00   6855XX                       0              43.46
8030019760l.   07/26/00   6855XX    3:00-OP-1          0            -253.16
8030019760Z.   07/26/00   5100PL                       1               3.49
8030019760З.   07/26/00   5100PL                       0              28.49
8030019760₄.   07/26/00   5100PL                       0              14.11
8030019760₅.   07/26/00   5100PL                       0               8.58
8030019760₆.   07/26/00   5100PL                       0              17.67
8030019760₇.   07/26/00   5100PL                       0              11.19
8030019760₈.   07/26/00   5100PL                       0              17.46
8030019760₉.   07/26/00   5100PL                       0               8.87
8030019761₀.   07/26/00   5100PL                       0               4.58
8030019761l.   07/26/00   0869PL                       0               7.96
8030019761Z.   07/26/00   5100PL                       0              13.30
8030019761З.   07/26/00   5100PL                       0              22.92
8030019761₄.   07/26/00   5100PL                       0              41.32
8030019761₅.   07/26/00   5100PL                       0               5.85
8030019761₆.   07/26/00   0869PL                       0              29.91
8030019761₇.   07/26/00   504100    3:98-CR-192-01     1              25.00
8030019770l.   07/26/00   6855XX    3:00-OP-1          1             -25.00
8030019770Z.   07/26/00   504100    3:99-CR-095-02     2             -25.00
8030019780l.   07/26/00   6855XX    3:00-OP-1          2              25.00
8030019780Z.   07/26/00   504100    3:93-CR-305-01     1              -5.00
8030019790l.   07/26/00   504100    3:93-CR-305-01     1               5.00
8030019790Z.   07/26/00   6855XX    3:93-CR-305-01     1               5.00
                                                       DIVISION TOTAL        0.00

T1976-15   $41.32   1:00-675   Johnson

FILED
SCRANTON
JUL 27 2000
PER _____
        DEPUTY CLERK