IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADFORD JOHNSON, | CIVIL ACTION NO. **1:CV-00-0675** |
| Plaintiff | (Judge Rambo) |
| v. | (Magistrate Judge Blewitt) |
| JOSE RODRIQUEZ, et al., | |
| Defendants | |

**FILED SCRANTON**

SEP 6 2000

PER _____ DEPUTY CLERK

### ORDER

AND NOW, this 6th day of **September, 2000, IT IS HEREBY ORDERED THAT:**

1. All case dispositive motions shall be filed within **forty-five (45) days** of the date of this Order.

2. In the event that no such motions are filed, it will be recommended that the matter be set for trial.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: September ___, 2000

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 6, 2000

Re:  1:00-cv-00675    Johnson v. Rodriquez

True and correct copies of the attached were mailed by the clerk to the following:

```
Bradford Johnson
SCI-R
SCI at Rockview
DP-2967
P.O. Box A
Bellefonte, PA  16823

R. Douglas Sherman, Esq.
Office of Attorney General
15th Floor
Strawberry Square
Harrisburg, PA  17120
```

```
cc:
Judge                          ( )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen  ( )    PA Atty Gen ( )
                                        DA of County ( )    Respondents ( )
Bankruptcy Court               ( )
Other_____ ( )
```

MARY E. D'ANDREA, Clerk

9/6/00