UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

Bradford Johnson,
       Plaintiff

   vs                      No. 1: 00-CV-00675

Sgt. Jose Rodriguez,
Officer Elling, Officer Jackson as
Jackson and Sgt. Stewart,
       Defendants

**NOTICE OF CHANGE OF ADDRESS**

FILED
HARRISBURG, PA
SEP 20 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

TO THE CLERK:

    Amend your records to reflect a change of address for plaintiff to:

    Bradford Johnson, Plaintiff
    Liberty Management
    1007 W. Lehigh Avenue
    Philadelphia, PA 19133

                                Bradford Johnson
                                Plaintiff Pro Se

**CERTIFICATE OF SERVICE**

I, Bradford Johnson, do certify that a true and correct copy of this <u>Notice of Change of Address</u> has been mailed via U.S. Postal Service, First Class Mail. on the *17th* day of September, 2000, to the following person:

> CLERK OF COURT
> U.S. District Court for
> the Middle District of Pennsylvania
> 228 Walnut Street
> P.O. Box 983
> Harrisburg, PA 17108

Bradford Johnson,
Plaintiff Pro Se