IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRADFORD JOHNSON,       :
      Plaintiff       :
             :
      v.       :  No. 1:CV-00-0675
             :
SGT. JOSE RODRIGUEZ, OFFICER       :  (Judge Rambo)
ELLING, OFFICER JACKSON AND       :
SGT. STEWART,       :  (Magistrate Judge Blewitt)
      Defendants       :

FILED
HARRISBURG

OCT 1 8 2000

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## ORDER

AND NOW, this 23ʳᵈ day of Oct , 2000, upon consideration of **DEFENDANTS'**

**MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY**

**JUDGMENT**, it is hereby **ORDERED** that said motion is **GRANTED** and Defendants shall file

a dispositive motion and supporting brief on or before January 22, 2001 or the matter will be

listed for trial.

FILED
SCRANTON

OCT 2 3 2000

PER_____
DEPUTY CLERK

**BY THE COURT:**

BLEWITT, U.S.M.J.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 23, 2000

Re:  1:00-cv-00675   Johnson v. Rodriquez


True and correct copies of the attached were mailed by the clerk
to the following:

Bradford Johnson
Liberty Management
1007 W. Lehigh Avenue
Philadelphia, PA  19133

R. Douglas Sherman, Esq.
Office of Attorney General
15th Floor
Strawberry Square
Harrisburg, PA  17120


cc:
Judge                        (  )
Magistrate Judge             (  )
U.S. Marshal                 (  )
Probation                    (  )
U.S. Attorney                (  )
Atty. for Deft.              (  )
Defendant                    (  )
Warden                       (  )
Bureau of Prisons            (  )
Ct Reporter                  (  )
Ctroom Deputy                (  )
Orig-Security                (  )
Federal Public Defender      (  )
Summons Issued               (  )  with N/C attached to complt. and served by:
                                   U.S. Marshal (  )     Pltf's Attorney (  )

Standard Order 93-5          (  )
Order to Show Cause          (  )  with Petition attached & mailed certified mail
                                   to:  US Atty Gen  (  )  PA Atty Gen (  )
                                        DA of County (  )  Respondents (  )

Bankruptcy Court             (  )
Other_____ (  )

MARY E. D'ANDREA, Clerk

10/23/00