IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADFORD JOHNSON,<br>Plaintiff | : | |
| v. | : | No. 1:CV-00-0675 |
| SGT. JOSE RODRIGUEZ, OFFICER ELLING, OFFICER JACKSON AND SGT. STEWART,<br>Defendants | : | (Judge Rambo)<br>(Magistrate Judge Blewitt) |

FILED
HARRISBURG

JAN 2 2 2001

MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Rodriguez, Elling, Jackson and Stewart, through their counsel and pursuant to Fed.R.Civ.P. 56, hereby request this Court to grant judgment in their favor and against plaintiff as there are no genuine issues of material fact in dispute and that based on the undisputed facts they are entitled to judgment in their favor as a matter of law.

Respectfully submitted,

D. MICHAEL FISHER
Attorney General

BY: _____
R. DOUGLAS SHERMAN
Senior Deputy Attorney General

SUSAN J. FORNEY
Chief Deputy Attorney General

Office of Attorney General
15th Fl., Strawberry Square
Harrisburg, PA 17120
(717) 787-1179

DATED: January 22, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADFORD JOHNSON, <br>     Plaintiff | : <br> : <br> : |
| v. | :    No. 1:CV-00-0675 <br> : |
| SGT. JOSE RODRIGUEZ, OFFICER <br> ELLING, OFFICER JACKSON AND <br> SGT. STEWART, <br>     Defendants | :    (Judge Rambo) <br> : <br> :    (Magistrate Judge Blewitt) <br> : |

## CERTIFICATE OF SERVICE

I, R. DOUGLAS SHERMAN, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on January 22, 2001, I caused to be served a true and correct coy of the foregoing document entitled "Defendants' Motion for Summary Judgment," by depositing same in the United States Mail, first-class postage prepaid to the following:

Bradford Johnson
Liberty Management
1007 W. Lehigh Street
Philadelphia, PA 19133

 

_____
**R. DOUGLAS SHERMAN**
**Senior Deputy Attorney General**

**DATE: January 22, 2001**