ORIGINAL

(22)
2-6-01
SC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRADFORD JOHNSON,
Plaintiff

v.

SGT. JOSE RODRIGUEZ, OFFICER ELLING, OFFICER JACKSON AND SGT. STEWART,
Defendants

No. 1:CV-00-0675

(Judge Rambo)

(Magistrate Judge Blewitt)

FILED
HARRISBURG
FEB 5 2001
MARY E. D'ANDREA, CLERK
Per ___ DEPUTY CLERK

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND DOCUMENTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendants Rodriguez, Elling, Jackson and Stewart, through their counsel, hereby request this Court to grant an extension of time to file their brief and documents in support of their motion for summary judgment of just three (3) days, until February 9, 2001. In support hereof, the defendants state as follows:

1. This is an inmate's pro se civil rights action filed pursuant to 42 U.S.C. §1983. The action was filed in April 2000 and the defendants responded to the complaint on July 14, 2000.

2. Defendants filed a Motion for Summary Judgment and Statement of Material Facts on January 22, 2001.

3. The Defendants Brief in Support of Summary Judgment and supporting documents is due, pursuant to local rule, on February 6, 2001.

4. Due to one Declarant being unavailable for a period of time and other defendants working differing shifts, counsel has been unable to gain signatures on all necessary declarations to support the motion for summary judgment. It is anticipated that all signatures will be obtained by Friday, February 9, 2001.

5. An extension as requested herein will not cause prejudice to any party and is not intended to unnecessarily delay these proceedings.

WHEREFORE, the defendants respectfully request that the time for filing their brief and documents in support of their motion for summary judgment be extended three days to February 9, 2001.

Respectfully submitted,

D. MICHAEL FISHER
Attorney General

BY: [signature]
**R. DOUGLAS SHERMAN**
Senior Deputy Attorney General

SUSAN J. FORNEY
Chief Deputy Attorney General

Office of Attorney General
15th Fl., Strawberry Square
Harrisburg, PA 17120
(717) 787-1179

**DATED:** February 5, 2001

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRADFORD JOHNSON,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **No. 1:CV-00-0675** |
| | : | |
| **SGT. JOSE RODRIGUEZ, OFFICER ELLING, OFFICER JACKSON AND** | : | **(Judge Rambo)** |
| | : | |
| **SGT. STEWART,** | : | **(Magistrate Judge Blewitt)** |
| **Defendants** | : | |

**CERTIFICATE OF SERVICE**

I, R. DOUGLAS SHERMAN, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on February 5, 2001, I caused to be served a true and correct coy of the foregoing document entitled **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND DOCUMENTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**, by depositing same in the United States Mail, first-class postage prepaid to the following:

Bradford Johnson
c/o Liberty Management
1007 W. Lehigh Street
Philadelphia, PA 19133

R. Douglas Sherman

**R. DOUGLAS SHERMAN**
**Senior Deputy Attorney General**

**DATE: February 5, 2001**