UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA



SUMMONS IN A CIVIL ACTION

Johnson
    Plaintiff
V.

CASE NUMBER: 1:00-cv-00675

Rodriquez
    Defendant

TO:    (SEE COMPLAINT)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

   Bradford Johnson
   SCI-R
   SCI at Rockview
   DP-2967
   P.O. Box A
   Bellefonte, PA   16823

an answer to the complaint which is herewith served upon you, within (20) TWENTY DAYS after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY E. D'ANDREA, Clerk

BY: *[signature]*
/ Deputy Clerk

DATE: May 11, 2000

FILED
FEB 7 2001

RETURN OF SERVICE - Case #1:00-cv-00675

| Service of the Summons and Complaint was made by me * | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

Check one box below to indicate method of service

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[✓] Other (specify): R. Douglas Sherman represents defendants. Waivers never returned to USMS.
                                                                        *J. Fanelle*

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                    Signature of Server

                                      _____
                                      Address of Server

*) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

PARTIES FOR CASE #1:00-cv-00675

Bradford Johnson
    plaintiff

        v.

Jose Rodriquez
    defendant
Officer Elling
    defendant
Officer Jackson
    defendant
Sgt. Stewart
    defendant