IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADFORD JOHNSON, | CIVIL ACTION NO. **1:CV-00-0675** |
| Plaintiff | (Judge Rambo) |
| v. | (Magistrate Judge Blewitt) |
| JOSE RODRIQUEZ, et al., | |
| Defendants | |

### ORDER

AND NOW, this 21st day of **February, 2001**, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion for Extension of Time to File Brief and Documents in Support of Motion for Summary Judgment **(Doc. 22)** is **GRANTED.**

2. Defendants shall file their brief in support of their motion for summary judgment by February 9, 2001[1].

**THOMAS M. BLEWITT**

**United States Magistrate Judge**

Dated: February 21, 2001

FILED
SCRANTON

FEB 2  2001

PER _____
　　　DEPUTY CLERK

---

[1] It is noted that the brief was filed on February 7, 2001. (Doc. 24).