IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADFORD JOHNSON, | CIVIL ACTION NO. **1:CV-00-0675** |
| Plaintiff | (Judge Rambo) |
| v. | (Magistrate Judge Blewitt) |
| SGT. JOSE RODRIGUEZ, et al., | |
| Defendants | |

**FILED SCRANTON MAR 1 4 2001**

### ORDER

Plaintiff, an inmate at the State Correctional Institution at Rockview, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 on April 12, 2000. (Doc. 1). Plaintiff is proceeding *pro se*.

On January 22, 2001, Defendants filed a Motion for Summary Judgment pursuant to Fed.R.Civ.P. 56 (Doc. 20). After requesting and being granted an extension of time, Defendants filed their supporting brief on February 7, 2001. (Doc. 24). Plaintiff's brief in opposition to the motion was to have been filed by February 22, 2001. To date, Plaintiff has neither filed the brief in opposition nor requested an extension of time within which to do so.

Plaintiff shall be afforded a final opportunity to file the brief in opposition to the motion for summary judgment.

AND NOW, this 14th day of March, 2001, **IT IS HEREBY ORDERED** that:

1. Plaintiff shall file a brief in opposition to Defendants' Motion for Summary Judgment by **April 3, 2001.**

2. Plaintiff's failure to timely file said brief will result in a recommendation that the matter be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute the action.

THOMAS M. BLEWITT
United States Magistrate Judge

Dated: March 14, 2001

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

March 14, 2001

Re: 1:00-cv-00675   Johnson v. Rodriquez

True and correct copies of the attached were mailed by the clerk to the following:

Bradford Johnson
Liberty Management
1007 W. Lehigh Avenue
Philadelphia, PA   19133

R. Douglas Sherman, Esq.
Office of Attorney General
15th Floor
Strawberry Square
Harrisburg, PA   17120

cc:
Judge                        ( )           ( ) Pro Se Law Clerk
Magistrate Judge             ( )           ( ) INS
U.S. Marshal                 ( )           ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( )  with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( )  with Petition attached & mailed certified mail
                                  to:  US Atty Gen    ( )    PA Atty Gen ( )
                                       DA of County   ( )    Respondents ( )
Bankruptcy Court             ( )
Other_____  ( )

MARY E. D'ANDREA, Clerk

JB 3/14/01