

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRADFORD JOHNSON,                      :          CIVIL ACTION NO. **1:CV-00-0675**
                                       :
    Plaintiff                  :          (Judge Rambo)
                                       :
    v.                         :          (Magistrate Judge Blewitt)
                                       :          **FILED**
SGT. JOSE RODRIGUEZ, et al .,          :          **SCRANTON**
                                       :
    Defendants                 :          APR 1 7 2001

### REPORT AND RECOMMENDATION          PER _____
                                                   DEPUTY CLERK

    Plaintiff, an inmate at the State Correctional Institution at Rockview, filed this action pursuant to 42 U.S.C. § 1983 on April 12, 2000. Plaintiff is proceeding *pro se*.

    On March 14, 2001, the Court entered an Order which directed Plaintiff to file a brief in opposition to Defendants' Motion for Summary Judgment by April 3, 2001. Said Order further stated that Plaintiff's failure to timely file a brief in opposition would result in the issuance of a report and recommendation that the action be dismissed for failure to prosecute. (Doc. 27).

    The time in which Plaintiff was to have filed the brief in opposition has expired. The Plaintiff has neither filed the brief nor requested an extension of time in which to do so.

    Federal Rule of Civil Procedure 41(b) allows for the dismissal of an action for "failure of the plaintiff to *prosecute* or comply with these rules or *order of court*, . . ." (emphasis added). In the instant case, Plaintiff has failed to both prosecute the action and to comply with an order of the

court by his failure to file a brief in opposition to Defendants' motion for summary judgment as directed.

Based on the foregoing, it is respectfully recommended that the complaint be dismissed on the basis of Plaintiff's failure to timely file a brief in opposition to Defendants' motion for summary judgment and for failure to comply with an order of the court.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: April 17, 2001

2

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRADFORD JOHNSON,                    :        CIVIL NO. **1:CV-00-0675**
                                     :
        Plaintiff                    :
                                     :        (Judge Rambo)
        v.                           :
                                     :        (Magistrate Judge Blewitt)
SGT. JOSE RODRIGUEZ, et al.,         :
                                     :
        Defendants                   :

## NOTICE

**NOTICE IS HEREBY GIVEN** that the undersigned has entered the foregoing

**Report and Recommendation** dated **April _17_, 2001.**

Any party may obtain a review of the Report and Recommendation pursuant to

Rule 72.3,  which provides:

> Any party may object to a magistrate judge's proposed findings,
> recommendations or report addressing a motion or matter described in
> 28 U.S.C. § 636 (b)(1)(B) or making a recommendation for the
> disposition of a prisoner case or a habeas corpus petition within ten (10)
> days after being served with a copy thereof.  Such party shall file
> with the clerk of court, and serve on the magistrate judge and all
> parties, written objections which shall specifically identify the
> portions of the proposed findings, recommendations or report to which
> objection is made and the basis for such objections.  The briefing
> requirements set forth in Local Rule 72.2 shall apply.  A judge shall
> make a *de novo* determination of those portions of the report or
> specified proposed findings or recommendations to which objection
> is made and may accept, reject, or modify, in whole or in part, the findings
> or recommendations made by the magistrate judge.  The judge, however,
> need conduct a new hearing only in his or her discretion or where
> required by law, and may consider the record developed before the

magistrate judge, making his or her own determination on the basis
of that record. The judge may also receive further evidence, recall
witnesses or recommit the matter to the magistrate judge with
instructions.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

**Dated: April 17, 2001**

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 17, 2001

Re:  1:00-cv-00675   Johnson v. Rodriquez

True and correct copies of the attached were mailed by the clerk
to the following:

Bradford Johnson
Liberty Management
1007 W. Lehigh Avenue
Philadelphia, PA  19133

R. Douglas Sherman, Esq.
Office of Attorney General
15th Floor
Strawberry Square
Harrisburg, PA  17120

cc:
Judge                      (  )                    (  ) Pro Se Law Clerk
Magistrate Judge           (  )                    (  ) INS
U.S. Marshal               (  )                    (  ) Jury Clerk
Probation                  (  )
U.S. Attorney              (  )
Atty. for Deft.            (  )
Defendant                  (  )
Warden                     (  )
Bureau of Prisons          (  )
Ct Reporter                (  )
Ctroom Deputy              (  )
Orig-Security              (  )
Federal Public Defender    (  )
Summons Issued             (  ) with N/C attached to complt. and served by:
                               U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5        (  )
Order to Show Cause        (  ) with Petition attached & mailed certified mail
                               to:  US Atty Gen  (  )   PA Atty Gen (  )
                                    DA of County (  )   Respondents (  )

Bankruptcy Court           (  )
Other_____(  )

MARY E. D'ANDREA, Clerk

4/17/01