IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**BRADFORD JOHNSON,** : CIVIL NO. 1:CV-00-0675
        **Plaintiff** : (Judge Rambo)
      v. : (Magistrate Judge Blewitt)
**SGT. JOSE RODRIGUEZ, et al.,** :
        **Defendants** :

FILED
HARRISBURG, PA
MAY 23 2001
MARY E. D'ANDREA, CLE
Per_____ Deputy Clerk

### ORDER

Before the court is a report of the magistrate judge to whom this matter was referred recommending that the complaint be dismissed for Plaintiff's failure to file a brief in opposition to Defendants' motion for summary judgment and for failure to comply with an order of court. No objections to the report and recommendation have been filed.[1]

Therefore, upon consideration of the record and applicable law,

**IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Blewitt.

2) The complaint is dismissed pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to prosecute and to comply with an order of court.

3) It is certified that any appeal from this order will be deemed frivolous and not taken in good faith.

4) The Clerk of Court shall close the file.

                                                                SYLVIA H. RAMBO
                                                                United States District Judge

Dated: May 23, 2001.

---

[1] Objections were due no later than May 4, 2001.

```
               UNITED STATES DISTRICT COURT
                        FOR THE
               MIDDLE DISTRICT OF PENNSYLVANIA

               * * MAILING CERTIFICATE OF CLERK * *

                        May 23, 2001


Re:  1:00-cv-00675    Johnson v. Rodriquez



True and correct copies of the attached were mailed by the clerk
to the following:


     Bradford Johnson
     Liberty Management
     1007 W. Lehigh Avenue
     Philadelphia, PA  19133

     R. Douglas Sherman, Esq.
     Office of Attorney General
     15th Floor
     Strawberry Square
     Harrisburg, PA  17120
```

```
cc:
Judge                        (X ) Rambo          ( ) Pro Se Law Clerk
Magistrate Judge             (X ) Blewitt        ( ) INS
U.S. Marshal                 ( )                 ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                (X )
Federal Public Defender      ( )
Summons Issued               ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition attached & mailed certified mail
                             to: US Atty Gen   ( )    PA Atty Gen ( )
                                 DA of County  ( )    Respondents ( )
Bankruptcy Court             ( )
Other_____   ( )
                                               MARY E. D'ANDREA, Clerk
```

5/23/01